# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| CURTIS POWELL, et al., ) | CASE NO. 1:23cv593 |
| ) | |
| Plaintiffs, ) | JUDGE MATTHEW W. MCFARLAND |
| ) | |
| v. ) | |
| ) | |
| MANUFACTURERS AND TRADERS ) | |
| TRUST COMPANY, d/b/a M&T BANK, ) | |
| ) | |
| Defendant. ) | |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on the Unopposed Motion of Defendant Manufacturers and Traders Trust Company, d/b/a M&T Bank for an extension of time to move, answer, or otherwise respond to the Complaint filed by Plaintiffs Curtis Powell, Rebecca A. Powell, and C & J Property Enterprises, LLC. The Court reviewed this Motion and, for good cause shown, the Motion is **GRANTED**. Defendant is allowed a 30-day extension of time through and including October 19, 2023 to move, answer, or otherwise respond to the Complaint.

IT IS SO ORDERED.

Date  9/20/23

_____
JUDGE MATTHEW W. MCFARLAND

Submitted by:

/s/ *Margo S. Brandenburg*
Margo S. Brandenburg (101183)
PORTER WRIGHT MORRIS & ARTHUR LLP
250 East Fifth Street, Suite 2200
Cincinnati, Ohio 45202
Telephone: 513.369.4223
Facsimile: 513.421.0991
mbrandenburg@porterwright.com
*Trial Attorney for Defendant Manufacturers*
*and Traders Trust Company, d/b/a M&T Bank*